Judy Danelle Snyder, OSB No. 732834
E-mail: judy@jdsnyder.com
Paul Spencer, OSB No. 095173
E-mail: paul@jdsnyder.com
LAW OFFICES OF JUDY SNYDER
1000 S.W. Broadway, Suite 2400
Portland, OR 97205
Telephone: (503) 228-5027
Facsimile: (503) 241-2249

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LECERE CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, and JOHN DOE 7,<br><br>                              Defendants. | Case No.  CV 11-29-PK<br><br>PLAINTIFF'S NOTICE OF DISMISSAL |

### PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files its notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(I).

1. Plaintiff is Lecere Corporation; defendants are John Doe 1, John Doe 2, John Doe 3, John Doe 4, John Doe 5, John Doe 6, and John Doe 7.

2. On January 7, 2011, plaintiff sued defendants.

3. Defendants have not been served with process and have not filed an answer or a motion for summary judgment.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

PAGE 1 - PLAINTIFF'S NOTICE OF DISMISSAL

LAW OFFICES OF JUDY SNYDER
1000 S.W. BROADWAY, SUITE 2400
PORTLAND, OREGON 97205
(503) 228-5027
FAX (503) 241-2249

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to refiling.

DATED this 17th day of February, 2011.

LAW OFFICES OF JUDY SNYDER

PAUL SPENCER, OSB No. 095173
Telephone: (503) 228–5027
Facsimile: (503) 241-2249
Email: paul@jdsnyder.com
Of Attorneys for Plaintiff

PAGE 2 - PLAINTIFF'S NOTICE OF DISMISSAL